JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPETIZE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FRAMEWORK SCIENCE S DE RL DE CV. <br><br> Defendant. | Case No.: CV 18-9196-DMG (GJSx) <br><br> **ORDER GRANTING DISMISSAL [8]** |

Plaintiff Appetize Technologies, Inc. and Defendant Framework Science S de RL de CV. have announced to the Court that they have settled their respective claims and counterclaims for relief asserted in this action under a confidential agreement, requesting that the case be dismissed with prejudice. The Court, having considered this request, GRANTS the request.

IT IS THEREFORE ORDERED that all claims and counterclaims asserted in the above-captioned action are hereby dismissed with prejudice, with the Court retaining jurisdiction to enforce the terms of the Agreement; and

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

DATED: December 17, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE